## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

G. Neil Garrett, D.D.S., P.C.

                      Plaintiff,

v.                                                Case No.: 1:13−cv−07965

                                                     Honorable John Robert Blakey

John Does 1−10, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 26, 2015:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 10/26/15. For the reasons stated in open court on 10/14/15 and 10/26/15, plaintiff's motion for final approval of the settlement is granted. Enter Final Approval Order. Defendant's motion to approve the disposition of remaining settlement funds [90] is granted. Plaintiff's oral motion to dismiss the Doe Defendants is granted. This case is hereby dismissed with prejudice. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.